| | | | |
|---|---|---|---|
| State v. Pattillo | 102,525 | Denied ............ 07/21/2015 | Unpublished |
| State v. Pearce | 110,435 | Denied ............ 08/20/2015 | 51 Kan. App. 2d 116 |
| State v. Pederson | 110,140 110,141 110,142 | Denied ............ 07/21/2015 | Unpublished |
| State v. Pena | 111,587 | Denied ............ 09/23/2015 | Unpublished |
| State v. Pennington | 112,117 | Denied ............ 10/07/2015 | Unpublished |
| State v. Pouncil | 110,653 | Denied ............ 08/20/2015 | Unpublished |
| State v. Prator | 111,103 | Denied ............ 09/23/2015 | Unpublished |
| State v. Pride | 110,093 | Denied ............ 06/29/2015 | Unpublished |
| State v. Pruitt | 111,465 | Denied ............ 09/14/2015 | Unpublished |
| State v. Quinn | 109,321 | Denied ............ 08/20/2015 | Unpublished |
| State v. Rainwater | 111,757 | Denied ............ 09/23/2015 | Unpublished |
| State v. Reed | 110,867 | Denied ............ 08/20/2015 | Unpublished |
| State v. Reed | 110,226 | Denied ............ 09/10/2015 | 50 Kan. App. 2d 1133 |
| State v. Reed | 108,823 | Granted in part; summarily vacated in part; remanded to Ct. of App. ..... 07/02/2015 | Unpublished |
| State v. Reust | 111,918 | Denied ............ 07/22/2015 | Unpublished |
| State v. Reynolds | 109,674 | Denied ............ 07/22/2015 | Unpublished |
| State v. Rhodes | 110,436 | Denied ............ 07/22/2015 | Unpublished |
| State v. Richardson | 112,809 | Denied ............ 09/08/2015 | Unpublished |
| State v. Riley | 111,064 | Denied ............ 09/23/2015 | Unpublished |
| State v. Riolo | 109,650 | Denied ............ 06/30/2015 | 50 Kan. App. 2d 351 |
| State v. Rivera | 110,274 | Denied ............ 07/22/2015 | Unpublished |
| State v. Rodriguez | 110,604 | Denied ............ 07/22/2015 | Unpublished |
| State v. Rodriguez | 110,346 | Granted ............ 10/07/2015 | Unpublished |
| State v. Rodriguez | 111,898 | Denied ............ 08/20/2015 | Unpublished |
| State v. Rodriguez-Martinez | 111,331 | Denied ............ 09/14/2015 | Unpublished |
| State v. Romero | 110,820 | Denied ............ 08/20/2015 | Unpublished |
| State v. Rosenbaum | 110,121 | Denied ............ 07/24/2015 | Unpublished |
| State v. Ross | 110,868 | Denied ............ 09/14/2015 | Unpublished |
| State v. Roth | 110,122 | Granted; opinion vacated; remanded to Ct. of App. ..... 06/30/2015 | Unpublished |
| State v. Rucker | 109,678 | Denied ............ 07/24/2015 | Unpublished |
| State v. Sage | 111,045 | Denied ............ 08/20/2015 | Unpublished |
| State v. Salcido | 111,837 | Denied ............ 09/14/2015 | Unpublished |